**MATTHEW JEON, ESQ.**
Attorneys at Law
333 Sylvan Avenue, Suite #106
Englewood Cliffs, New Jersey 07632
Telephone (201) 947-9475
Facsimile (201) 461-9524
Email: office@jeonlaw.com

*Via ECF*
Gonzalez_Chambers@nyed.uscourts.gov

October 28, 2026

The Honorable Hector Gonzalez
United States District Court Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re: USA v. Seung Y. Lee aka Kevin Lee, 25-CR-21
Adjournment of the Sentencing scheduled for 10-29-26

Dear Judge Gonzalez:

This morning, Mr. Lee informed me by text message and telephone that his father had just passed away in Korea. Understandably distressed, he asked whether he should attend his sentencing scheduled for tomorrow, October 29, 2026. I advised him that I would request an adjournment to allow him time to mourn. He has not yet decided whether to attend the funeral in Korea, where his brother may serve as the family representative. If travel becomes necessary or is desired, I will submit a separate formal application. At this time, I respectfully request an adjournment of tomorrow's sentencing and an opportunity to discuss alternative dates with Mr. Neptune and AUSA Jones. I have not yet contacted AUSA Jones for her consent due to the urgency of this request. She has been cc'd in my correspondences with Mr. Neptune however.

Respectfully submitted,

Very truly yours,

*Matthew Jeon*
Matthew Jeon

cc: AUSA Shannon Jones (via email and ECF)