**MATTHEW JEON, ESQ.**
Attorneys at Law
333 Sylvan Avenue, Suite #106
Englewood Cliffs, New Jersey 07632
Telephone (201) 947-9475
Facsimile (201) 461-9524
Email: office@jeonlaw.com

_Via ECF_

October 28, 2026

The Honorable Hector Gonzalez
United States District Court Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re: USA v. Seung Y. Lee aka Kevin Lee, 25-CR-21
Adjournment of the Sentencing scheduled for 10-29-26
dddddddddd

Dear Judge Gonzalez:

In anticipation of sentencing tomorrow, Mr. Lee has requested I submit this letter to the Court. We seek the Court's indulgence in submitting this letter at this late hour.

Thank you.

Respectfully submitted,

Very truly yours,

*Matthew Jeon*
Matthew Jeon

Encl.

cc: AUSA Shannon Jones (via email and ECF)

Matthew Jeon, P.C.
NY Office
299 Broadway, Suite 1605, New York, New York 10007
Tel: (212) 625-1001, Fax: (212) 625-1202