October 28, 2026

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Seung Y. Lee*, No. 25-CR-21 (HG)

Dear Judge Gonzalez:

I am writing before my sentencing to take responsibility for what I did and to tell Your Honor about my family.

On October 21, 2025, I pleaded guilty before Your Honor to conspiracy to commit wire fraud and bank fraud. I pleaded guilty because I am guilty. I ran Pinnacle Capital. Although the company was in my wife's name, I made the decisions and managed its day-to-day operations, and I am responsible for what it did. Through Pinnacle, I submitted home equity loan applications to banks that I knew contained false income and employment information, along with false tax returns so that borrowers who did not qualify could get loans. When banks called to verify that information, I helped make sure the false answers would hold up. What I did was dishonest, and it was a crime.

For years I told myself I was helping hardworking people in our community who could not show their income on paper. That was an excuse. The banks relied on the documents I sent them and lent money they would never have lent if I had told the truth. Some borrowers ended up with loans they could not afford, and some of their homes are now in foreclosure. I caused that harm, and I am deeply ashamed of it.

I understand that Your Honor was troubled when it was suggested in this case that Pinnacle was my wife's company. I regret that. It was never right to point to her name on the paperwork to make my role seem smaller than it was. My wife did not run the business. I did, and the responsibility is mine alone. I am grateful to the prosecutors for not bringing charges against her, and I do not take that for granted.

I also want to address one thing directly. My attorney asked the Court for a hearing on how the gain and forfeiture amounts should be calculated. That request concerns how the numbers are measured. It is not a denial of what I did, and it does not lessen my acceptance of responsibility. I am responsible for my conduct, and I will pay the restitution and forfeiture that the Court orders.

I was born in Seoul in 1971. In 1991, when I was twenty years old, I came to the United States on a student visa with one goal: to study at Pace University. I started at Mercy College in White Plains, transferred to Pace as soon as I could, and earned my bachelor's degree in business in 1996. Two years later, I earned a master's degree in economics from Long Island University in

Brooklyn. Everything was new to me then, the language, the schools, and the way of life, and I worked hard to make a place for myself here.

After graduate school, I worked for several years at a technology company in Morristown, New Jersey. In 2005, I became a citizen of the United States in Newark. It remains one of the proudest days of my life. I have lived in Bergen County for more than thirty years, and it is my home.

I share this not to excuse what I did, but because it makes what I did harder for me to face. This country gave me an education, a career, and citizenship. I repaid that trust by providing false information to its banks. That is not who I came here to be, and it is not who I want to be for the rest of my life.

Since my arrest in January 2025, I have been on pretrial release for nearly two years and have complied with every condition the Court set. That time has forced me to look honestly at the choices I made and at the people those choices have hurt, including my own family.

My father is in his mid-eighties and lives in South Korea. He has suffered from dementia for several years, and he is now hospitalized in intensive care after severe pneumonia. He breathes through a tracheostomy tube and receives nutrition through a feeding tube. His doctors have told our family that he is not expected to fully recover. I help pay for his care, and I do not know how much time he has left.

My wife was diagnosed with throat cancer in September 2024 and had surgery in February 2025. Her cancer is now in remission, but she continues to be monitored closely. She has stood by me throughout this case, and I want to be there for her as she continues her recovery.

My daughter is 25 and is a graduate student at Pace University, the same school I came to this country to attend, training to become a physician assistant. I have supported her since she was a child, and I help pay her tuition and rent. She is close to finishing her studies and starting her career.

I know that my family circumstances do not excuse what I did, and I know that a prison sentence is a real possibility. I ask only that Your Honor consider the people who depend on me when deciding how long I must be away from them.

I am 55 years old. Whatever sentence the Court imposes, I will serve it, I will pay what I owe, and I will spend the rest of my working life earning an honest living. I will not stand before a court like this again.

Thank you, Your Honor, for taking the time to read this letter.

Respectfully submitted,

/s/ Kevin Lee
___________________________

Seung Y. Lee (Kevin Lee)

p.s. Since the time I prepared this letter, my father has passed away.